Marineh KARAPETIAN; Arman Karapeti Soultanian, Petitioners,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 11–73309.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 11, 2013.*

Filed Feb. 13, 2013.

Artem M. Sarian, Esquire, Sarian Law Group, APLC, Glendale, CA, for Petitioners.

John Hogan, Senior Litigation Counsel, Jennifer L. Lightbody, Esquire, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

MEMORANDUM **

Marineh Karapetian and Arman Karapeti Soultanian, natives and citizens of Armenia, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal pro-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ceedings based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Avagyan v. Holder*, 646 F.3d 672, 674 (9th Cir.2011), and we deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen as untimely where they filed the motion seven years after their removal order became final, *see* 8 C.F.R. § 1003.2(c)(2) (motion to reopen must be filed within 90 days of final order), and failed to show the due diligence required for equitable tolling of the filing deadline, *see Avagyan*, 646 F.3d at 679 (equitable tolling is available to a petitioner who is prevented from filing because of deception, fraud or error, and exercised due diligence in discovering such circumstances).

**PETITION FOR REVIEW DENIED.**